

1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2793

FILED

OCT 3 1 2005

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Mag. 04-263 GGH |
| Plaintiff, | APPLICATION TO UNSEAL ARREST WARRANT, COMPLAINT, ACCOMPANYING AFFIDAVIT, PETITION TO SEAL AND ORDER TO SEAL; [~~PROPOSED~~] ORDER |
| v. | |
| JERRY LEE WALLACE, Current residence: Costa Rica, South America Last Known Address: 4725 County Road DD, Orland, California | |
| Defendant. | |

APPLICATION

On September 28, 2004, this Court issued an arrest warrant, complaint, accompanying affidavit, petition to seal and order to seal for the captioned matter, and sealed the same. Presently, the warrant has been executed and there is no longer cause for these documents to remain

///

///

1 | sealed. Accordingly, the Government respectfully requests that
2 | the arrest warrant, complaint, accompanying affidavit, petition
3 | to seal and order to seal for this matter be unsealed.
4 | DATED: October 31, 2005

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/
MATTHEW C. STEGMAN
Assistant U.S. Attorney

ORDER

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the arrest warrant, complaint, accompanying affidavit, petition to seal and order to seal for the captioned matter be UNSEALED.

Date: October 31, 2005

HONORABLE PETER A. NOWINSKI
United States Magistrate Judge

2